UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Victoria L. Sura,

Plaintiff,

vs.

Stearns Bank, N.A., a Minnesota corporation, and Jan Hanson, individually,

Defendants.

Civil File No. 01-1344 (PAM/RLE)

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DISCOVERY AND NON-DISPOSITIVE MOTION AND DISPOSITIVE DEADLINES**

The Plaintiff, by her attorney, William J. Egan, William J. Egan, PLC, and the Defendants, by their attorneys, Robert V. Atmore, Lindquist & Vennum, P.L.L.P., hereby stipulate and agree to amend the Court's Pretrial Scheduling Order, dated November 28, 2001, as follows:

**STIPULATION**

WHEREAS, the parties have made numerous good faith attempts to schedule the completion of deposition discovery, including the completion of Plaintiff's deposition and the taking of the deposition of an independent witness, Lynn Roos, during the month of July, 2002; and

WHEREAS, due to health issues and the fourth of July holiday in early July, 2002, it was not possible to schedule Plaintiff's deposition for that time; and

WHEREAS, the parties agreed on a date for Plaintiff's deposition, July 12, 2002, but a family emergency required defense counsel to travel out of state for a period of 12 days in July, 2002, requiring that the deposition be rescheduled; and

WHEREAS, the parties, despite their best efforts, have been unable to complete discovery;

Doc# 1665831\1

FILED AUG 01 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK _____

and

WHEREAS, discovery is scheduled to close on August 1, 2002, per this Court's Order of November 28, 2001; and

WHEREAS, the parties believe, with a high level of certainty, that Plaintiff's deposition can be completed and Lynn Roos' deposition can be taken on or before August 31, 2002; and

WHEREAS, the parties agree that, under the circumstances, a one-month extension of time of the discovery and non-dispositive motion deadlines and a fifteen day extension of the dispositive motion deadline will not delay the trial date;

NOW, THEREFORE, the parties hereby agree and stipulate as follows:

1. The Court's discovery deadline may be extended from August 1, 2002, to September 1, 2002; and

2. The non-dispositive motion deadline may be extended from September 1, 2002, to October 1, 2002.

3. The dispositive motion deadline may be extended from October 1, 2002 to October 15, 2002.

Respectfully submitted,

WILLIAM J. EGAN, PLC

By ______________________
William J. Egan (166029)
Attorney for Plaintiff
150 Edina Executive Plaza
5200 Willson Road
Edina, MN 55424
(952) 836-2770

Dated: July 29, 2002

LINDQUIST & VENNUM, P.L.L.P.

By ______________________
Robert V. Atmore (3438)
Attorney for Defendants
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 371-3276

Dated: July 29, 2002

**ORDER**

Based upon the foregoing Stipulation, the discovery deadline in the above-referenced matter shall be extended to September 1, 2002, the non-dispositive motion deadline shall be extended to October 1, 2002 and the dispositive motion deadline shall be extended to October 15, 2002.

IT IS SO ORDERED.

BY THE COURT:

______________________
Raymond L. Erickson
Magistrate Judge of District Court

Dated: August 1, 2002