UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Victoria L. Sura,

Plaintiff,

Civil 01-1344 PAM/RLE

v.

Stearns Bank, National Association,
et al.,

Defendants.

---

## CANCELLATION OF JANUARY TRIAL NOTICE

The January 2, 2003 Trial notice for this case is cancelled. The case is postponed until the court calls a civil trial calendar in Fergus Falls, Minnesota.

The parties shall receive a new notice when the trial is re-scheduled.

Dated: December 12, 2002

RICHARD SLETTEN,
~~Clerk of~~ U.S. District ~~Court~~

Suzanne M. Ruiz
Calendar Clerk to Judge Magnuson

cc: All Counsel of Record

FILED DEC 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK